## EDWARD J. WOMAC, JR. & ASSOCIATES, LLC
### ATTORNEYS AND COUNSELORS AT LAW

EDWARD J. WOMAC, JR.
MATTHEW J. SUTTON
BRIAN J. BRANCH
DOUGLAS J. WOMAC, JR.
CHRISTOPHER J. WILLIAMSON
SCOTT P. GRIFFIN
JONATHAN R. MARLOWE
JOHN J. ELMER
ANDREW J. MURPHY
COLIN T. RYAN
HUNTLEIGH F. GILBARD

3501 CANAL STREET
NEW ORLEANS, LA 70119
TELEPHONE: (504) 486-9999
FACSIMILE (504) 488-4178
www.edwardwomac.com

BRIAN T. HILL
JACOB G. POWELL
KELLY C. SIMPSON
JOSEPH G. LASSALLE
WISHKARANJIT "VIC" SARAI
JEANANNE F. MONTGOMERY
RYAN E. WOMAC
JEFFREY C. GASSER
JORDAN A. WOMAC
DAVID G. KLEINSCHMIDT

DIRECT DIAL: (504) 378-3454
EMAIL: dwomac@edwardwomac.com

*Reply to Canal Street Office*

September 18, 2020

**Via Certified & U.S. Mail**
**Return Receipt Requested**
Regional Freightways LLC
Through its Registered Agent for Service of Process:
James McKenzie
303 Crystal Fall Court
Jacksonville, NC 28546

Re: *Monique Fikes vs. Ooida Risk Retention Group, Inc., et al*
22nd Judicial District Court No. 20-13484, Div. D

Dear Mr. McKenzie:

Please find enclosed a citation and petition, which is being served pursuant to the Louisiana Long Arm Statue. This constitutes personal service and requires that an answer be filed within thirty (30) days of receipt of this letter.

Therefore, please forward a copy of the Petition for Damages to your counsel immediately so that no adverse action is taken against you.

Sincerely,

Douglas J. Womac, Jr.

DJW/rpw
Enclosure: as indicated

WESTBANK OFFICE: 848 SECOND STREET, SUITE 301, GRETNA, LA 70053

MANDEVILLE OFFICE: 200 MARINER'S DRIVE, SUITE 321-D, MANDEVILLE, LA 70448

Scanned with CamScanner



SERVE

| | |
|---|---|
| Monique Fikes | 22nd Judicial District Court |
| VS 202013484 Division D | Parish of St. Tammany |
| Owner Operation Services Inc, et al | State of Louisiana |

TO THE DEFENDANT: <u>Regional Freightways LLC Through Its Registered Agent For Service Of Process James Mckenzie 303 Crystal Falls Court Jacksonville NC 28546</u>

### VIA LOUISIANA LONG ARM STATUTE

You are hereby summoned to comply with the demand contained in the petition, of which a true and correct copy (exclusive of exhibits), accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within THIRTY (30) days after the filing in the record of the affidavit of the individual who either mailed, utilized the services of a commercial carrier or actually delivered the process to the defendant hereof, under penalty default judgment against you.

By order of the Honorable Judges of said Court this  17th day of August, 2020.

*Melissa R. Henry* Clerk of Court

BY: S/DANA S. REYNOLDS

Dana Reynolds, Deputy Clerk

Issued: 09/11/20

Counsel or Pro Se:
Douglas J. Womac, Jr.
Attorney at Law
3501 Canal St.
New Orleans, La 70119

A TRUE COPY
DY CLERK 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA

Received on _____, 2020, and on _____, 2020 I served a true copy of
the within _____,
on _____ in person,
at domicile with _____,
in _____ Parish, a distance of _____ miles from the Justice Center.

_____
Deputy Sheriff
Parish of _____

101-30 day Long Arm Service Citation
Rev 7/1

Scanned with CamScanner

22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO. 2020-13471                                                          DIVISION "" D

MONIQUE FIKES

VS.

OWNER OPERATION SERVICES, INC., OOIDA RISK RETENTION GROUP, INC., REGIONAL FREIGHTWAYS, LLC, TONY KNIGHT AND ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY (in its capacity as uninsured/underinsured motorist carrier)

FILED: _August 17, 2020_                                  __S/SANDRA BURRIS__
                                                                      DEPUTY CLERK

### PETITION FOR DAMAGES

The Petition of MONIQUE FIKES, a person of the full age of majority and resident of the Parish of St. Tammany, State of Louisiana, respectfully represents:

I.

Made defendants herein are:

OWNER OPERATION SERVICES, INC., a foreign insurance company authorized to do and doing business in the State of Louisiana;

OOIDA RISK RETENTION GROUP, INC., a foreign insurance company authorized to do and doing business in the State of Louisiana;

REGIONAL FREIGHTWAYS, LLC, a foreign corporation authorized to do and doing business in the State of Louisiana;

TONY KNIGHT, a person of the full age of majority and a resident of Jefferson County, State of Alabama; and

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY (in its capacity as uninsured/underinsured motorist carrier), a foreign insurance company authorized to do and doing business in the State of Louisiana.

II.

Defendants herein are jointly and *in solido* liable and indebted unto Petitioner for such damages as are reasonable in the premises, including past and future physical pain and suffering, past and future mental pain and suffering, past and future loss of enjoyment of life, disability to

Scanned with CamScanner

the body, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, loss of consortium, rental expenses, property damage, and loss of use and/or depreciation of vehicle together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, for the following to-wit:

III.

On or about September 3, 2019, an accident occurred on US 190 in the Parish of St. Tammany, State of Louisiana, wherein the vehicle owned by REGIONAL FREIGHTWAYS, LLC, and operated by TONY KNIGHT improperly changes and struck the vehicle owned by MARION GARRETT and operated by MONIQUE FIKES.

IV.

The sole and proximate cause of the above-referenced accident was the negligence and fault of the defendant, TONY KNIGHT, which is attributed to, but not limited to, the following non-exclusive particulars:

a) Cutting in, improper passing;
b) Improper lane usage;
c) Failure to see what he should have seen;
d) Failure to keep a good and careful lookout;
e) Failure to maintain a safe distance from other vehicles;
f) Operating his vehicle in a careless and reckless manner without regard for the safety of others;
g) Failure to maintain reasonable and proper control of the vehicle which he was operating;
h) Failure to follow the customary rules of the road of the State of Louisiana, which rules are specifically pled herein as though copied *in extenso;* and
i) Any and all other acts of negligence which may be proven at the trial of this matter.

V.

As a result of the subject accident and negligence of the above-referenced defendant, TONY KNIGHT, Petitioner, MONIQUE FIKES, was injured and is entitled to recover such

Scanned with CamScanner

damages as are reasonable in the premises.

VI.

Upon information and belief, it is alleged that at all times material hereto, that TONY KNIGHT was in the course and scope of his employment for REGIONAL FREIGHTWAYS, LLC, on the date of this accident, thus rendering said defendant, REGIONAL FREIGHTWAYS, LLC, vicariously liable unto Petitioner with the other named defendants.

VII.

Upon information and belief, it is alleged that at all times material hereto, including but not limited to the date of the subject accident defendant, OWNER OPERATION SERVICES, INC. AND/OR OOIDA RISK RETENTION GROUP, INC., provided a policy of automobile liability insurance on the vehicle owned by REGIONAL FREIGHTWAYS, LLC. and operated by TONY KNIGHT, and said policy provided coverage for the type of loss sued upon herein, thus rendering the defendant, OWNER OPERATION SERVICES, INC. AND/OR OOIDA RISK RETENTION GROUP, INC., liable unto Petitioner with the other named defendants.

VIII.

Upon information and belief, defendant, REGIONAL FREIGHTWAYS, LLC and TONY KNIGHT, are underinsured to fully compensate Petitioner for her damages. At all relevant times, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY provided a policy of uninsured/underinsured motorist coverage on the vehicle owned by Marlon Garrett and operated by MONIQUE FIKES on the date of this accident, and said policy provided coverage for the type of loss sued upon herein, thus rendering the defendant, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, liable unto Petitioner with the other named defendants.

WHEREFORE, Petitioner prays that defendants be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment rendered herein in favor of Petitioner and against the defendants, OWNER OPERATION SERVICES, INC., OOIDA RISK RETENTION GROUP, INC., REGIONAL FREIGHTWAYS, LLC, TONY KNIGHT AND ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, jointly and *in solido* in amounts as are reasonable in the premises, including past and future

Scanned with CamScanner

physical pain and suffering, past and future mental pain and suffering, past and future loss of enjoyment of life, disability to the body, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, loss of consortium, rental expenses, property damage, and loss of use and/or depreciation of vehicle together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings.

Petitioner further prays for all general and equitable relief as the Court deems fit.

Respectfully submitted,

LAW OFFICES OF EDWARD J. WOMAC, JR.
& ASSOCIATES, LLC

_____
EDWARD J. WOMAC, JR. #02195
DOUGLAS J. WOMAC, JR. #31570
3501 Canal Street
New Orleans, LA 70119
Telephone No. (504) 486-9999
Facsimile No. (504) 488-4178
dwomac@edwardwomac.com

PLEASE SERVE:

OWNER OPERATION SERVICES, INC.
Through Its Registered Agent for Service of Process:
Louisiana Commissioner of Insurance
1702 North Third Street
Baton Rouge, Louisiana 70802

OOIDA RISK RETENTION GROUP, INC.
Through Its Registered Agent for Service of Process:
Louisiana Commissioner of Insurance
1702 N. 3rd Street
Baton Rouge, Louisiana 70802

REGIONAL FREIGHWAYS, LLC
Via the Louisiana Long Arm Statute
Through Its Registered Agent for Service of Process:
James McKenzie
303 Crystal Falls Court
Jacksonville, North Carolina 28546

TONY G. KNIGHT
Via the Louisiana Long Arm Statute
1501 Avenue C
Birmingham, AL 35205

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY
Through Its Registered Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

A TRUE COPY
_____
DY. CLERK 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA

Dana S. Reynolds, Deputy Clerk

Scanned with CamScanner

# RETURN

Monique Fikes

VS 2020134844 Division D

Owner Operation Services Inc, et al

22nd Judicial District Court

Parish of St. Tammany

State of Louisiana

TO THE DEFENDANT: <u>Regional Freightways LLC Through Its Registered Agent For Service Of Process James Mckenzie 303 Crystal Falls Court Jacksonville NC 28546</u>

## VIA LOUISIANA LONG ARM STATUTE

You are hereby summoned to comply with the demand contained in the petition, of which a true and correct copy (exclusive of exhibits), accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within THIRTY (30) days after the filing in the record of the affidavit of the individual who either mailed, utilized the services of a commercial carrier or actually delivered the process to the defendant hereof, under penalty default judgment against you.

By order of the Honorable Judges of said Court this 17th day of August, 2020.

*Melissa R. Henry* Clerk of Court

BY: _____
Dana Reynolds, Deputy Clerk

Issued: 09/11/20

Counsel or Pro Se:
Douglas J. Womac, Jr.
Attorney at Law
3501 Canal St.
New Orleans, La 70119

Received on _____, 2020, and on _____, 2020 I served a true copy of the within _____

on _____ in person,

at domicile with _____

in _____ Parish, a distance of _____ miles from the Justice Center.

_____
Deputy Sheriff
Parish of _____

101-30 day Long Arm Service Citation
Rev 7/1

Scanned with CamScanner